THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    No. 3:19-CR-233 |
| v. | :    (JUDGE MARIANI) |
| | : |
| LANCE GREEN | : |

### ORDER

AND NOW, THIS 9th DAY OF JULY 2020, upon consideration of the Motion of Defendant, Lance Green, to Dismiss for Violation of the Speedy Trial Act and the United States Constitution (Doc. 34) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Motion of Defendant, Lance Green, to Dismiss for Violation of the Speedy Trial Act and the United States Constitution (Doc. 34) is **GRANTED IN PART** and **DENIED IN PART**.

2. The Motion is **GRANTED** insofar as the July 30, 2019, Indictment is **DISMISSED** based on a violation of the Speedy Trial Act.

3. The Motion is **DENIED** in that the Indictment is **DISMISSED WITHOUT PREJUDICE** and Defendant's Sixth Amendment claim is **DENIED**.

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
Robert D. Mariani
United States District Judge